# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO MUNOZ GARZA, | 1:07-cv-0763-LJO-TAG (HC) |
| Petitioner, | |
| v. | **ORDER AUTHORIZING**<br>**IN FORMA PAUPERIS STATUS** |
| ON HABEAS CORPUS, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:  **July 9, 2007**                                                           /s/ Theresa A. Goldner
                                                                                                   UNITED STATES MAGISTRATE JUDGE