1

2

3

4

5

6

7

8

9          **UNITED STATES DISTRICT COURT**
           EASTERN DISTRICT OF CALIFORNIA

10

11   RAMIRO MUNOZ GARZA,                    )   1:07-cv-01067-LJO-TAG HC
                                            )
12                                          )   ORDER ADOPTING FINDINGS AND
                    Petitioner,             )   RECOMMENDATION (Doc. 5)
13                                          )
            v.                              )   ORDER DISMISSING PETITION FOR WRIT
14                                          )   OF HABEAS CORPUS (Doc. 1)
                                            )
15   ON HABEAS CORPUS,                      )   ORDER DIRECTING CLERK OF COURT
                                            )   TO ENTER JUDGMENT
16                                          )
                    Respondent.             )
17                                          )
                                            )
18   _____       )

19          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

20   pursuant to 28 U.S.C. § 2254.

21          On January 18, 2008, the Magistrate Judge assigned to the case filed a Findings and

22   Recommendation recommending the petition for writ of habeas corpus be dismissed as

23   duplicative of case no. 1:06-cv-01256-LJO-TAG.  (Doc. 5).   This Findings and

24   Recommendation was served on all parties and contained notice that any objections were to be

25   filed within ten days from the date of service of that order.  To date, the parties have not filed

26   timely objections to the Findings and Recommendation.

27          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

28   a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that

                                            1

1   the Magistrate Judge's Findings and Recommendation is supported by the record and proper

2   analysis.

3          Accordingly, IT IS HEREBY ORDERED that:

4          1.      The Findings and Recommendations filed January 18, 2008 (Doc. 5), is

5                  ADOPTED IN FULL;

6          2.      This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and

7          3.      The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

8          This order terminates the action in its entirety.

9

10  IT IS SO ORDERED.

11  **Dated:    February 29, 2008**              /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2